UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR10-005-RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DOUGLAS WILLIAMS, | ) | |
| Defendant. | ) | |

Offense charged:    Failure to Appear after Pretrial Release

Date of Detention Hearing:    January 14, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has been indicted in Case No. CR09-213 for Assault with a Deadly Weapon. While released pending trial in that matter, defendant was charged with violating the

conditions of his appearance bond by using a controlled substance, failing to submit for drug testing and failing to report for alcohol testing. Defendant was found to have committed the violations and his appearance bond has been revoked, making the question of release in this case essentially moot. The instant charge relates to those violations.

(2) Defendant did not oppose entry of a detention order in this case.

(3) Defendant poses a risk of danger and a risk of nonappearance due to the pending Assault with a Deadly Weapon charge, and the revocation of his appearance bond in that matter based on failures to abide by the orders of this Court.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of January, 2010.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91